5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Mark Boussum #160825 et al,
Ben Platt #407754
Kenneth Harrison #173108 and
all others similarly situated,
                    Plaintiffs,

                                            COMPLAINT


V.

                                            Jury Trial Demanded

                                            Case No: 09-CV-12929

Jennifer Granholm,
Patricia L. Caruso,                         Honorable
D. Scutt, K. Ryan, B. Gardon,               Marianne O. Battani
L. McMillan, G. Johnson,
F. Van Goethem, H. Elum, sued in
their individual and official
capacities,
                    Defendants. /



FILED
JAN 1 3 2010
CLERK'S OFFICE
DETROIT


Motion For Class Certification


    Now Comes, Plaintiff pursuant to Rule 8 (c), Fed.R.Civ.P.

and pursuant to Rule 23 (b) (2) motions this Honorable Court

to grant plaintiffs Motion for Class Certification for the

following reasons:


    1.   The class is so numerous that joinder of all class

members is impractical; (you do not have to prove the size

of the class with precision as long as plaintiffs furnish a

factual basis for determining how large it is, Evans v. U.S.

1

Pipe & Foundry Co. 696 F.2d 925, 930 (11th Cir. 1983); Plaintiffs very claims of Constitutional violations of conditions of confinement warrants class certification.

2.   The questions of law and fact are common to similarly situated class of prisoners.   Plaintiffs have met this requirement because there is more common issues of law and facts as to all the class members; **Gomes v. Illinois State Board Of Education**, 117 F.R.D. 394, 399 (N.D. Ill. 1987); In re Federal Skywalk Cases, 93 F.R.D. 415, 421 W.D.Mo.), vacated on other grounds, 680 F.2d 1175 (8th Cir. 1982).

3.   All the claims and the defenses of the representative parties are typical of the claims and defenses of the other class members, **Senter v. General Motors Corp.**, 532 F.2d 511, 525 m.31 (6th Cir.), cer. denied, 429 U.S. 870 (1976);  Penn v. San Juan Hospital, Inc., 528 F.2d 1181, 1189 (10th Cir. 1976).

4.   The Plaintiffs cannot fairly and adequately protect the interest of the class because of the complexity of the legal issues and are not competent to represent the class; Caputo v. Fauver, 800 F.Supp. 168, 170 (D.N.J. 1992).

W

WHEREFORE, Plaintiffs request that this Honorable Court enter a order granting plaintiffs a Class Certification and appoint counsel to represent the class members in this action.

Respectfully Submitted,

Dated: 1-6-010

Mark Boussum #160825
G.R.Cotton Correction Facility
3510 N. Elm Street
Jackson, Mi.  49201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Mark Boussum #160825 et al,
Ben Platt #407754
Kenneth Harrison #173108 and
all others similarly situated,
                    Plaintiffs,

                                              COMPLAINT


V.

                                      Jury Trial Demanded

                                      Case No: 09-CV-12929

Jennifer Granholm,
Patricia L. Caruso,                        Honorable
D. Scutt, K. Ryan, B. Gardon,
L. McMillan, G. Johnson,               Marianne O. Battani
F. Van Goethem, H. Elum, sued in
their individual and official
capacities,
                    Defendants. /


FILED
JAN 13 2010
CLERK'S OFFICE
DETROIT

                    Notice Of Hearing


   Upon the Plaintiffs motion to this Honorable Court, for
Class Certification, it is


   ORDERED  that  plaintiffs  are  Motioning  for  Class
Certification in the Honorable Marianne O. Battani' court
room _____ of the United States Courthouse, Theodore
Levin, U.S. Courthouse - Fifth Floor, Detroit, Mi. 48226, on
the _____day of _____2010, at _____O'clock
pursuant to **Rule 8 (c)** and **Rule 23 (b) (2)**.



Dated:_____


                              _____
                              Honorable Marianne O. Battani

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark Boussum #160825 et al,
Ben Platt #407754
Kenneth Harrison #173108 and
all others similarly situated,           F I L E D
                    Plaintiffs,       JAN 13 2010

                                              COMPLAINT

V.

                                    Jury Trial Demanded

Jennifer Granholm,
Patricia L. Caruso,                 Case No: 09-CV-12929
D. Scutt, K. Ryan, B. Gardon,
L. McMillan, G. Johnson,                    Honorable
F. Van Goethem, H. Elum, sued in     Marianne O. Battani
their individual and official
capacities,
                    Defendants. /

## Proof Of Service

   On January ___8___, 2010 I sent (3) copies of Notice of
Hearing, and (3) copies of Motion for Class Certification
with Proof of Service of same.  Mailed to the Clerk of the
Court, United States Courthouse, Theodore Levin, U.S.
Courthouse, 231 West LaFayette - Fifth Floor, Detroit, Mi.
48226 by placing in the Cotton Facility expedited legal
mail.

                          _Mark Boussum_
                          Mark Boussum #160825
                          G.R.Cotton Correction Facility
                          3510 N. Elm Street
                          Jackson, Mi. 49201

Sworn to before me this

_8_ day of _____, 2010.

_____
Notary Public

HEATHER ARNETT
NOTARY PUBLIC, STATE OF MI
COUNTY OF JACKSON
MY COMMISSION EXPIRES May 9, 2013
ACTING IN COUNTY OF Jackson

1-8-10

My commission expires _5913_